IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Case No. 16-21338-CMB |
| Paul W. Lewis | : | |
| Sharon M. Hixson-Lewis | : | |
|       Debtors | : | Chapter 13 |
| _____ | : | |
| Paul W. Lewis | : | Related to Docket No. 48 |
|       Movant | : | |
| vs. | : | Scheduled Hearing Date: |
| | : | December 21, 2016 at 10:00 a.m. |
| Specialized Loan Servicing LLC | : | |
|       Respondents | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO APPROVE LOAN MODIFICATION
DOCKET NO. 48**

      The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Loan Modification filed on October 31, 2016 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Loan Modification appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion to Approve Loan Modification were to be filed and served no later than November 17, 2016.

      It is hereby requested that the Order attached to the Motion to Approve Loan Modification be entered by the Court.

Dated: <u>November 18, 2016</u>      By: <u>/s/ Michael C. Eisen</u>
                                    Michael C. Eisen, Esquire
                                    M. EISEN & ASSOCIATES, P.C.
                                    6200 Babcock Boulevard
                                    Pittsburgh, PA 15237
                                    412-367-6005
                                    PA ID# 74523
                                    attorneyeisen@yahoo.com