IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                              :
                                                    :   Case No. 16-21338-CMB
Paul W. Lewis                                       :
Sharon M. Hixson-Lewis                              :
        Debtors                                     :   Chapter 13
_____                 :
Paul W. Lewis                                       :   Related to Docket No. 27 , 48
        Movant                                      :
vs.                                                 :   Scheduled Hearing Date:
                                                    :   December 21, 2016 at 10:00 a.m.
Specialized Loan Servicing LLC                      :
        Respondents                                 :   **ENTERED BY DEFAULT**

## ORDER

AND NOW, on this ___22nd___ day of ___November___, 2016, upon consideration of the within Motion for Approval Loan Modification it is hereby Ordered and Directed as follows:

1. The loan modification agreement between the Debtor and Specialized Loan Servicing is approved.

2. The terms of the modification include the following changes to the mortgage:

    (a) The loan modification term is for 222 months;

    (b) The maturity date has been extended from January 1, 2035 to April 1, 2035;

    (c) The interest rate will remain unchanged at 6.000%;

    (d) The new principal balance is $82,624.82

    (e) The monthly mortgage payment has been increased from $724.49 ($527.70 principal and interest and $196.79 escrow) to $812.11 ($615.52 principal and interest and $196.59 escrow).

3. An amended Chapter 13 Plan shall be filed incorporating the terms of the loan modification agreement.

4. The Loss Mitigation process is hereby terminated. A Loss Mitigation Final Report is to be filed.

BY THE COURT,

_Carlota M. Böhm_
United States Bankruptcy Judge    kmt

FILED
11/22/16 9:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-21338-CMB
Paul W. Lewis                                                       Chapter 13
Sharon M. Hixson-Lewis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: kthe              Page 1 of 1            Date Rcvd: Nov 22, 2016
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2016.
db/jdb         +Paul W. Lewis,   Sharon M. Hixson-Lewis,   230 State Ave,   Ellwood City, PA 16117-2426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2016                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2016 at the address(es) listed below:
          Barbara A. Fein    on behalf of Creditor    U.S. Bank National Association, as Trustee  for Terwin
           Mortgage Trust 2005-14HE, Asset-Backed  Certificates, Series 2005-14HE, By and Through its Loan
           Servicer,  Specialized Loan Servicing LLC juliep@lobaf.com, lawofficeofbarbarafein@gmail.com
          Celine P. DerKrikorian    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE ecfmail@mwc-law.com
          Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin
           Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE bkgroup@kmllawgroup.com
          Michael C. Eisen    on behalf of Debtor Paul W. Lewis attorneyeisen@yahoo.com, aarin96@hotmail.com
          Michael C. Eisen    on behalf of Joint Debtor Sharon M. Hixson-Lewis attorneyeisen@yahoo.com,
           aarin96@hotmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7