Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Paul W. Lewis
Sharon M. Hixson–Lewis**
   Debtor(s)

Bankruptcy Case No.: 16–21338–CMB
Issued Per Jan. 19, 2017 Proceeding
Chapter: 13
Docket No.: 62 – 45, 54, 56
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated December 16, 2016 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☒ H.   Additional Terms: Fee application needed if any fee (including retainer) exceeds $5,000 including any fees paid to prior counsel.
The claim of Lawrence County Tax Claim Bureau is payable at 9 percent interest.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: January 23, 2017

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-21338-CMB
Paul W. Lewis                                                           Chapter 13
Sharon M. Hixson-Lewis
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel          Page 1 of 3          Date Rcvd: Jan 23, 2017
                              Form ID: 149        Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2017.
```
db/jdb         +Paul W. Lewis,    Sharon M. Hixson-Lewis,    230 State Ave,    Ellwood City, PA 16117-2426
cr             +U.S. BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
14283984        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                 Carol Stream, IL 60197-5008
14210056       +Beaver County Domestic Relations,    810 3rd Street,    Beaver, PA 15009-2139
14210057       +Citifinancial,    3326 Wilmington Road,    New Castle, PA 16105-1039
14210060       +District Justice C. Douglas Loughner,    Mag. Dist. No. 36-3-02,    19 Cessna Drive,
                 Chippewa Township,    Beaver Falls, PA 15010-1065
14210061       +District Justice James A. Reed,    Mag. Dist. No .53-3-04,    3455 Wilmington Road,
                 New Castle, PA 16105-3211
14210063       +Ellport Borough Sewer Authority,    313 Burns Ave,    Ellwood City, PA 16117-3910
14210064       +Flynn's Tire,    PO Box 1050,    Hermitage, PA 16148-0050
14210065       +James R. Watson, Esq.,    2908 Mercer-West Middlesex Road,    West Middlesex, PA 16159-3020
14225518       +Lawrence County Tax Claim Bureau,    430 Court Street,    New Castle, PA 16101-3503
14210066       +Midland Funding, LLC,    2365 Northside Drive, Ste 300,    San Diego, CA 92108-2709
14210068       +Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
14210069       +Northwest Consumer Discount Company,    PO Box 881,    Beaver Falls, PA 15010-0881
14225522       +Northwest Consumer Discount Company,    1602 Seventh Ave,    Beaver Falls, PA 15010-4012
14210071       +Pennsylvania American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
14210076       +SKO Brenner American,    40 Daniel Street,    Farmingdale, NY 11735-1308
14210077       +Specialized Loan Servicing,    8742 Lucent Blvd, Ste 300,    Highlands Ranch, CO 80129-2386
14210079       +T&L Ferguson Inc.,    114 Polk Ave,    Beaver Falls, PA 15010-7198
14210080       +The Ellwood City Hospital,    c/o Accounts Receivable/Business Office,    724 Pershing Street,
                 Ellwood City, PA 16117-1499
14210081       +The Fairville Company,    8616 Freeport Parkway, Ste 28,    Irving, TX 75063-2575
14238757       +U.S. Bank National Association,Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14210082       +Verizon,    500 Technology Drive, Ste 300,    Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14257594        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 24 2017 01:58:34
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
14210058       +E-mail/Text: ccusa@ccuhome.com Jan 24 2017 01:42:26     Credit Collections U.S.A.,
                 16 Distributor Drive, Ste 1,    Morgantown, WV 26501-7209
14210059       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jan 24 2017 01:43:11
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14210062       +E-mail/Text: bankruptcynotices@dcicollect.com Jan 24 2017 01:43:15
                 Diversified Consultants, Inc.,    PO Box 551268,    Jacksonville, FL 32255-1268
14225516       +E-mail/Text: bankruptcy@icsystem.com Jan 24 2017 01:43:14     I.C. Systems Collections,
                 PO Box 64378,    Saint Paul, MN 55164-0378
14213536        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2017 01:58:49
                 LVNV Funding, LLC its successors and assigns as,    assignee of CitiFinancial, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14239802       +E-mail/Text: csc.bankruptcy@amwater.com Jan 24 2017 01:43:24     PA American Water,
                 P.O. Box 578,    Alton, IL 62002-0578
14210072        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2017 02:15:50
                 Portfolio Recovery Associates,    120 Corporate Blvd,    Norfolk, VA 23502
14286281       +E-mail/Text: bankruptcy@firstenergycorp.com Jan 24 2017 01:43:00     Penn Power,
                 5001 NASA Blvd,    Fairmont, WV 26554-8248
14210070       +E-mail/Text: bankruptcy@firstenergycorp.com Jan 24 2017 01:43:00     Penn Power,   PO Box 3687,
                 Akron, OH 44309-3687
14210073       +E-mail/Text: bkrpt1019@hotmail.com Jan 24 2017 01:42:44     Preferred Auto Credit Exchange,
                 1019 Lawrence Ave,    Ellwood City, PA 16117-1851
14239803        E-mail/Text: bankruptcy@remitcorp.com Jan 24 2017 01:42:58     Remit Corporation,
                 36 W. Main St.,    Bloomsburg, PA 17815
14210074        E-mail/Text: bankruptcy@remitcorp.com Jan 24 2017 01:42:58     Remit Corporation,
                 c/o Raymond W. Kessler, Esq.,    36 West Main Street,    Bloomsburg, PA 17815
14210075       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2017 01:58:25
                 Resurgent Capital Services,    PO Box 10465,    Greenville, SC 29603-0465
14225528       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2017 01:58:51
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14235740        E-mail/Text: appebnmailbox@sprint.com Jan 24 2017 01:42:54     Sprint Corp,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
14210078       +E-mail/Text: appebnmailbox@sprint.com Jan 24 2017 01:42:53     Sprint,    Customer Service,
                 PO Box 8077,    London, KY 40742-8077
                                                                                             TOTAL: 17
```

```
District/off: 0315-2           User: jhel              Page 2 of 3              Date Rcvd: Jan 23, 2017
                               Form ID: 149            Total Noticed: 40


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               U.S. Bank National Association, as Trustee  for Te,    8742 Lucent Boulevard,    Suite 300,
                  Highland Ranch
cr               U.S. Bank National Association, as Trustee for Ter
14225507*       +Beaver County Domestic Relations,    810 3rd Street,    Beaver, PA 15009-2139
14225508*       +Citifinancial,    3326 Wilmington Road,    New Castle, PA 16105-1039
14225509*       +Credit Collections U.S.A.,    16 Distributor Drive, Ste 1,    Morgantown, WV 26501-7209
14225510*       +Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14225511*       +District Justice C. Douglas Loughner,    Mag. Dist. No. 36-3-02,    19 Cessna Drive,
                  Chippewa Township,    Beaver Falls, PA 15010-1065
14225512*       +District Justice James A. Reed,    Mag. Dist. No .53-3-04,    3455 Wilmington Road,
                  New Castle, PA 16105-3211
14225513*       +Diversified Consultants, Inc.,    PO Box 551268,    Jacksonville, FL 32255-1268
14225514*       +Ellport Borough Sewer Authority,    313 Burns Ave,    Ellwood City, PA 16117-3910
14225515*       +Flynn's Tire,    PO Box 1050,    Hermitage, PA 16148-0050
14225517*       +James R. Watson, Esq.,    2908 Mercer-West Middlesex Road,    West Middlesex, PA 16159-3020
14225519*       +Midland Funding, LLC,    2365 Northside Drive, Ste 300,    San Diego, CA 92108-2709
14225520*       +National Recovery Corporation,    PO Box 10164,    Pittsburgh, PA 15232-0164
14225521*       +Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
14225525*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates,     120 Corporate Blvd,
                  Norfolk, VA 23502)
14225523*       +Penn Power,    PO Box 3687,    Akron, OH 44309-3687
14225524*       +Pennsylvania American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
14225526*       +Preferred Auto Credit Exchange,    1019 Lawrence Ave,    Ellwood City, PA 16117-1851
14225527*      ++REMIT CORPORATION,    P O BOX 7,    BLOOMSBURG PA 17815-0007
                 (address filed with court:  Remit Corporation,    c/o Raymond W. Kessler, Esq.,
                  36 West Main Street,    Bloomsburg, PA 17815)
14225529*       +SKO Brenner American,    40 Daniel Street,    Farmingdale, NY 11735-1308
14225530*       +Specialized Loan Servicing,    8742 Lucent Blvd, Ste 300,    Highlands Ranch, CO 80129-2386
14225531*       +Sprint,    Customer Service,    PO Box 8077,    London, KY 40742-8077
14225532*       +T&L Ferguson Inc.,    114 Polk Ave,    Beaver Falls, PA 15010-7198
14225533*       +The Ellwood City Hospital,    c/o Accounts Receivable/Business Office,    724 Pershing Street,
                  Ellwood City, PA 16117-1499
14225534*       +The Fairville Company,    8616 Freeport Parkway, Ste 28,    Irving, TX 75063-2575
14225535*       +Verizon,    500 Technology Drive, Ste 300,    Weldon Spring, MO 63304-2225
14210067      ##+National Recovery Corporation,    PO Box 10164,    Pittsburgh, PA 15232-0164
                                                                                             TOTALS: 2, * 25, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2017 at the address(es) listed below:
              Barbara A. Fein    on behalf of Creditor   U.S. Bank National Association, as Trustee  for Terwin
               Mortgage Trust 2005-14HE, Asset-Backed  Certificates, Series 2005-14HE, By and Through its Loan
               Servicer,  Specialized Loan Servicing LLC juliep@lobaf.com,   lawofficeofbarbarafein@gmail.com
              Celine P. DerKrikorian    on behalf of Creditor   U.S. Bank National Association, as Trustee for
               Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE ecfmail@mwc-law.com
              James Warmbrodt     on behalf of Creditor   U.S. Bank National Association, as Trustee for Terwin
               Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE bkgroup@kmllawgroup.com

```
District/off: 0315-2          User: jhel                 Page 3 of 3              Date Rcvd: Jan 23, 2017
                              Form ID: 149               Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE bkgroup@kmllawgroup.com
          Michael C. Eisen    on behalf of Debtor Paul W. Lewis attorneyeisen@yahoo.com, aarin96@hotmail.com
          Michael C. Eisen    on behalf of Joint Debtor Sharon M. Hixson-Lewis attorneyeisen@yahoo.com, aarin96@hotmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                               TOTAL: 8

Case 16-21338-CMB    Doc 64    Filed 01/25/17    Entered 01/26/17 01:00:48    Desc Imaged
Certificate of Notice    Page 6 of 6