IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  PAUL W. LEWIS | : | Bankruptcy No.  16-21338-CMB |
| SHARON M. HIXSON-LEWIS | : | |
| Debtor(s) | : | |
| | : | Chapter  13 |
| PAUL W. LEWIS | : | |
| Movant (s) | : | |
| | : | Related to Document No. 71 |
| v. | : | |
| | : | |
| GREAT ARROW BUILDERS LLC | : | |
| Respondent(s) | : | |

**CERTIFICATE OF SERVICE OF NOTIFICATION OF DEBTOR'S**
**SOCIAL SECURITY NUMBER AND ORDER GRANTING WAGE ATTACHMENT**


       I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) AUGUST 18, 2017

       The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  FIRST CLASS MAIL

       If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Great Arrow Builders LLC
Attn: Payroll Manager
1413 9th Ave
Beaver Falls, PA 15010

               By: /s/ Michael C. Eisen
                   Michael C. Eisen, Esquire
                   PA ID #74523
                   M. EISEN & ASSOCIATES, P.C.
                   6200 Babcock Blvd
                   Pittsburgh, PA  15237
                   412-367-9005
                   attorneyeisen@yahoo.com