IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:   PAUL W. LEWIS | :   Bankruptcy No. 16-21338-CMB |
| SHARON M. HIXSON-LEWIS | : |
| Debtor(s) | : |
| | :   Chapter 13 |
| PAUL W. LEWIS | : |
| Movant | : |
| v. | : |
| | : |
| PNM TRUCKING LLC | : |
| Respondent | : |
| WO-1 SSN: XXX-XX-1095 | : |

## ORDER OF COURT

IT IS ORDERED that no deductions be made from payments due to debtor (s) by PNM TRUCKING LLC until further order of this Court.

Dated:  August 17, 2017

_____
U.S. BANKRUPTCY JUDGE
kmt

cc: Debtor (s)
    MICHAEL C. EISEN, ESQ.,  Attorney for the debtor(s)
    RONDA J. WINNECOUR PA ID#30399,  Chapter 13 Trustee

FILED
8/17/17 11:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Paul W. Lewis
Sharon M. Hixson-Lewis
    Debtors

Case No. 16-21338-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Aug 17, 2017
                        Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2017.
db         +Paul W. Lewis,   230 State Ave,   Ellwood City, PA 16117-2426
           +PNM Trucking, LLC,   Attn: Payroll Manager,   P.O. Box 6774,   Pittsburgh, PA 15212-0774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2017 at the address(es) listed below:
        Barbara A. Fein    on behalf of Creditor    U.S. Bank National Association, as Trustee  for Terwin Mortgage Trust 2005-14HE, Asset-Backed  Certificates, Series 2005-14HE, By and Through its Loan Servicer,  Specialized Loan Servicing LLC speck@lobaf.com,  BarbaraF@lobaf.com
        Celine P. DerKrikorian    on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE ecfmail@mwc-law.com
        James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE bkgroup@kmllawgroup.com
        Michael C. Eisen    on behalf of Debtor Paul W. Lewis attorneyeisen@yahoo.com,  aarin96@hotmail.com
        Michael C. Eisen    on behalf of Joint Debtor Sharon M. Hixson-Lewis attorneyeisen@yahoo.com, aarin96@hotmail.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                     TOTAL: 8