**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Paul W. Lewis**
**Sharon M. Hixson−Lewis**
   Debtor(s)

Bankruptcy Case No.: 16−21338−CMB

Chapter: 13
Docket No.: 85 − 84
Concil. Conf.: April 15, 2021 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **February 20, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **March 7, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **April 15, 2021** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 6, 2021

    <u>Carlota M. Bohm</u>
    United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-21338-CMB
Paul W. Lewis  Chapter 13
Sharon M. Hixson-Lewis
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 4
Date Rcvd: Jan 06, 2021     Form ID: 410     Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul W. Lewis, Sharon M. Hixson-Lewis, 230 State Ave, Ellwood City, PA 16117-2426 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | US BANK NA, 14841 Dallas Pkwy #300, Dallas, TX 75254-7883 |
| 14283984 | | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14210056 | + | Beaver County Domestic Relations, 810 3rd Street, Beaver, PA 15009-2139 |
| 14210057 | + | Citifinancial, 3326 Wilmington Road, New Castle, PA 16105-1039 |
| 14210060 | + | District Justice C. Douglas Loughner, Mag. Dist. No. 36-3-02, 19 Cessna Drive, Chippewa Township, Beaver Falls, PA 15010-1065 |
| 14210061 | + | District Justice James A. Reed, Mag. Dist. No .53-3-04, 3455 Wilmington Road, New Castle, PA 16105-3211 |
| 14210063 | + | Ellport Borough Sewer Authority, 313 Burns Ave, Ellwood City, PA 16117-3910 |
| 14210064 | + | Flynn's Tire, PO Box 1050, Hermitage, PA 16148-0050 |
| 14225516 | + | I.C. Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14210065 | + | James R. Watson, Esq., 2908 Mercer-West Middlesex Road, West Middlesex, PA 16159-3020 |
| 14225518 | + | Lawrence County Tax Claim Bureau, 430 Court Street, New Castle, PA 16101-3503 |
| 14210067 | + | National Recovery Corporation, PO Box 10164, Pittsburgh, PA 15232-0164 |
| 14210068 | + | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 14210071 | + | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 14239803 | ++ | REMIT CORPORATION, P O BOX 7, BLOOMSBURG PA 17815-0007 address filed with court:, Remit Corporation, 36 W. Main St., Bloomsburg, PA 17815 |
| 14210076 | + | SKO Brenner American, 40 Daniel Street, Farmingdale, NY 11735-1308 |
| 14210077 | + | Specialized Loan Servicing, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14210079 | + | T&L Ferguson Inc., 114 Polk Ave, Beaver Falls, PA 15010-7198 |
| 14210080 | + | The Ellwood City Hospital, c/o Accounts Receivable/Business Office, 724 Pershing Street, Ellwood City, PA 16117-1499 |
| 14210081 | + | The Fairville Company, 8616 Freeport Parkway, Ste 28, Irving, TX 75063-2575 |
| 14238757 | + | U.S. Bank National Association,Trustee(See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14257594 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 07 2021 04:07:38 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14210058 | + | Email/Text: ccusa@ccuhome.com | Jan 07 2021 03:21:00 | Credit Collections U.S.A., 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 14210059 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 07 2021 03:24:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14210062 | + | Email/Text: bankruptcynotices@dcicollect.com | | |

Case 16-21338-CMB    Doc 86    Filed 01/08/21    Entered 01/09/21 00:43:34    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: gamr | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 06, 2021 | Form ID: 410 | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 07 2021 03:24:00 | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14213536 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2021 03:28:40 | LVNV Funding, LLC its successors and assigns as, assignee of CitiFinancial, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14210066 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 07 2021 03:23:00 | Midland Funding, LLC, 2365 Northside Drive, Ste 300, San Diego, CA 92108-2709 |
| 14239802 | + | Email/Text: csc.bankruptcy@amwater.com | Jan 07 2021 03:24:00 | PA American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 14210072 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 07 2021 03:28:36 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14210070 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 07 2021 03:23:00 | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14286281 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 07 2021 03:23:00 | Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 14210073 | + | Email/Text: bkrpt1019@hotmail.com | Jan 07 2021 03:22:00 | Preferred Auto Credit Exchange, 1019 Lawrence Ave, Ellwood City, PA 16117-1851 |
| 14210075 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2021 03:28:39 | Resurgent Capital Services, PO Box 10465, Greenville, SC 29603-0465 |
| 14225528 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2021 03:33:29 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14235740 | | Email/Text: appebnmailbox@sprint.com | Jan 07 2021 03:23:00 | Sprint Corp, Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 14210078 | + | Email/Text: appebnmailbox@sprint.com | Jan 07 2021 03:23:00 | Sprint, Customer Service, PO Box 8077, London, KY 40742-8077 |
| 14210082 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 07 2021 03:21:00 | Verizon, 500 Technology Drive, Ste 300, Weldon Spring, MO 63304-2225 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as Trustee for Te, 8742 Lucent Boulevard, Suite 300, Highland Ranch |
| cr | | U.S. Bank National Association, as Trustee for Ter |
| cr | *+ | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 14225507 | *+ | Beaver County Domestic Relations, 810 3rd Street, Beaver, PA 15009-2139 |
| 14225508 | *+ | Citifinancial, 3326 Wilmington Road, New Castle, PA 16105-1039 |
| 14225509 | *+ | Credit Collections U.S.A., 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 14225510 | *+ | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14225511 | *+ | District Justice C. Douglas Loughner, Mag. Dist. No. 36-3-02, 19 Cessna Drive, Chippewa Township, Beaver Falls, PA 15010-1065 |
| 14225512 | *+ | District Justice James A. Reed, Mag. Dist. No .53-3-04, 3455 Wilmington Road, New Castle, PA 16105-3211 |
| 14225513 | *+ | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14225514 | *+ | Ellport Borough Sewer Authority, 313 Burns Ave, Ellwood City, PA 16117-3910 |
| 14225515 | *+ | Flynn's Tire, PO Box 1050, Hermitage, PA 16148-0050 |
| 14225517 | *+ | James R. Watson, Esq., 2908 Mercer-West Middlesex Road, West Middlesex, PA 16159-3020 |
| 14225519 | *+ | Midland Funding, LLC, 2365 Northside Drive, Ste 300, San Diego, CA 92108-2709 |
| 14225520 | *+ | National Recovery Corporation, PO Box 10164, Pittsburgh, PA 15232-0164 |
| 14225521 | *+ | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 14225525 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14225523 | *+ | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14225524 | *+ | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 14225526 | *+ | Preferred Auto Credit Exchange, 1019 Lawrence Ave, Ellwood City, PA 16117-1851 |

District/off: 0315-2 | User: gamr | Page 3 of 4
Date Rcvd: Jan 06, 2021 | Form ID: 410 | Total Noticed: 42

| | | |
|---|---|---|
| 14210074 | *P++ | REMIT CORPORATION, P O BOX 7, BLOOMSBURG PA 17815-0007, address filed with court:, Remit Corporation, c/o Raymond W. Kessler, Esq., 36 West Main Street, Bloomsburg, PA 17815 |
| 14225527 | *P++ | REMIT CORPORATION, P O BOX 7, BLOOMSBURG PA 17815-0007, address filed with court:, Remit Corporation, c/o Raymond W. Kessler, Esq., 36 West Main Street, Bloomsburg, PA 17815 |
| 14225529 | *+ | SKO Brenner American, 40 Daniel Street, Farmingdale, NY 11735-1308 |
| 14225530 | *+ | Specialized Loan Servicing, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14225531 | *+ | Sprint, Customer Service, PO Box 8077, London, KY 40742-8077 |
| 14225532 | *+ | T&L Ferguson Inc., 114 Polk Ave, Beaver Falls, PA 15010-7198 |
| 14225533 | *+ | The Ellwood City Hospital, c/o Accounts Receivable/Business Office, 724 Pershing Street, Ellwood City, PA 16117-1499 |
| 14225534 | *+ | The Fairville Company, 8616 Freeport Parkway, Ste 28, Irving, TX 75063-2575 |
| 14886556 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14356408 | *+ | U.S. Bank National Association, Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14225535 | *+ | Verizon, 500 Technology Drive, Ste 300, Weldon Spring, MO 63304-2225 |
| 14225522 | ##+ | Northwest Consumer Discount Company, 1602 Seventh Ave, Beaver Falls, PA 15010-4012 |
| 14210069 | ##+ | Northwest Consumer Discount Company, PO Box 881, Beaver Falls, PA 15010-0881 |

TOTAL: 2 Undeliverable, 29 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barbara A. Fein | on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE, By and Through its Loan Servicer, Specialized Loan Servicing LLC bfein@sanddlawyers.com, mhanford@sanddlawyers.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE ecfmail@mwc-law.com |
| Joshua I. Goldman | on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE jgoldman@kmllawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Lisa Cancanon | on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE, By and Through its Loan Servicer, Specialized Loan Servicing LLC lisac@w-legal.com, Llombardi06@law.du.edu |
| Michael C. Eisen | on behalf of Debtor Paul W. Lewis attorneyeisen@yahoo.com aarin96@hotmail.com |
| Michael C. Eisen | on behalf of Joint Debtor Sharon M. Hixson-Lewis attorneyeisen@yahoo.com aarin96@hotmail.com |

District/off: 0315-2     User: gamr     Page 4 of 4
Date Rcvd: Jan 06, 2021     Form ID: 410     Total Noticed: 42

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9