**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
PAUL W. LEWIS                                             Case No. 16-21338CMB
SHARON M. HIXSON-LEWIS

        Debtor(s)
RONDA J. WINNECOUR,                                       Chapter 13
Standing Chapter 13 Trustee,

        Movant                                Document No __
vs.
REMIT CORP++

        Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The mailing address is defunct and mail is being returned by the Postal Service.

REMIT CORP++                                              Court claim# 12/Trustee CID# 21
36 W MAIN ST
POB 7
BLOOMSBURG, PA 17815-1703

The Movant further certifies that on 02/25/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>PAUL W. LEWIS, SHARON M. HIXSON-LEWIS, 230 STATE AVE, ELLWOOD CITY, PA  16117 | DEBTOR'S COUNSEL:<br>MICHAEL C EISEN ESQ, M EISEN AND ASSOCIATES PC, 404 MCKNIGHT PARK DR, PITTSBURGH, PA  15237 |
|---|---|
| ORIGINAL CREDITOR:<br>REMIT CORP++, 36 W MAIN ST, POB 7, BLOOMSBURG, PA  17815-1703<br><br>NEW CREDITOR: | |