**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/25/2021

IN RE:

PAUL W. LEWIS
SHARON M. HIXSON-LEWIS
230 STATE AVE
ELLWOOD CITY, PA 16117
XXX-XX-1095          Debtor(s)

XXX-XX-4298

Case No. 16-21338 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com  

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/25/2021

/s/Trustee'sAdministrativAssistant  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com  

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **LAWRENCE COUNTY TAX CLAIM BUREAU**<br>430 COURT ST<br>NEW CASTLE, PA 16101 | Trustee Claim Number: 1   INT %: 9.00%<br>Court Claim Number: 5<br>CLAIM: 299.48<br>COMMENT: CL5GOVS@9%/CONF OE*$CL-PL@0%/PL*10023500*13/SCH-CL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3500 |
| **LAWRENCE COUNTY TAX CLAIM BUREAU**<br>430 COURT ST<br>NEW CASTLE, PA 16101 | Trustee Claim Number: 2   INT %: 9.00%<br>Court Claim Number: 3<br>CLAIM: 379.47<br>COMMENT: CL3GOVS@9%/CONF OE*$CL-PL@0%/PL*10023300*13 AND 15/SCH-CL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3300 |
| **LAWRENCE COUNTY TAX CLAIM BUREAU**<br>430 COURT ST<br>NEW CASTLE, PA 16101 | Trustee Claim Number: 3   INT %: 9.00%<br>Court Claim Number: 2<br>CLAIM: 300.44<br>COMMENT: CL2GOVS@9%-CONF OE*$CL-PL@0%/PL*10023200*13/SCH-CL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3200 |
| **NORTHWEST CONSUMER DISCOUNT CO****<br>100 LIBERTY ST<br>PO BOX 337<br>WARREN, PA 16365 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: SURR/PL*CL=5662.10 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8812 |
| **PREFERRED AUTO CREDIT EXCHANGE**<br>1019 LAWRENCE AVE<br>ELLWOOD CITY, PA 16117 | Trustee Claim Number: 5   INT %: 10.00%<br>Court Claim Number: 8<br>CLAIM: 9,314.51<br>COMMENT: $/CL-PL@10%MDF/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9270 |
| **US BANK NA - TRUSTEE**<br>C/O SPECIALIZED LOAN SVCNG LLC*<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO 80111 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 0.00<br>COMMENT: 750.78/PL*724.49 X (60+2)=LMT*LN MOD @ CID 40*DK | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6290 |
| **BEAVER COUNTY****<br>OFFICE OF DOMESTIC RELATIONS**<br>800 3RD ST<br>BEAVER, PA 15009 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT PROV/PL | CRED DESC: SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: 3910 |
| **CITIFINANCIAL INC (NON-RE*)++**<br>POB 70923<br>CHARLOTTE, NC 28272-0923 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6904 |
| **CREDIT COLLECTIONS USA**<br>16 DISTRIBUTOR DRIVE<br>STE 1<br>MORGANTOWN, PA 26501-7209 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CNTRL CRDVSCLR ASSOC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1708 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ELLWOOD CITY HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9656 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **AMERICAN INFOSOURCE LP - AGENT DIRECTV**<br>PO BOX 5008<br><br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 353.57<br>COMMENT: X6857/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5136 |
| **ELLPORT SEWER AUTHORITY**<br>313 BURNS AVE<br><br>ELLWOOD CITY, PA  16117 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1217 |
| **FLYNNS TIRE**<br>POB 1050<br><br>HERMITAGE, PA  16148 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6655 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VERIZON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5338 |
| **NATIONAL RECOVERY CORP*++**<br>POB 10164<br><br>PITTSBURGH, PA  15232 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AUTO DFNCY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **NORTHWEST CONSUMER DISCOUNT CO****<br>100 LIBERTY ST<br>PO BOX 337<br>WARREN, PA  16365 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 4,615.94<br>COMMENT: NO POD~REQUESTED | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8813 |
| **PENN POWER/FIRST ENERGY***<br>5001 NASA BLVD<br><br>FAIRMONT, WV  26554 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 2,298.34<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4534 |
| **PA AMERICAN WATER(*) AKA AMERICAN WATER**<br>PO BOX 371412<br><br>PITTSBURGH, PA  15250 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 171.18<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6157 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA  23502 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FIA CARD SVCS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1572 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA  23502 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: COMENITY BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7239 |

| Creditor | Trustee/Court Claim | Credit Description |
|---|---|---|
| **REMIT CORP++**<br>36 W MAIN ST<br>POB 7<br>BLOOMSBURG, PA 17815-1703 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 1,430.48<br>COMMENT: 0612/SCH*HSBC NATL ASSOC*NTC-RSV | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9587 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 8,964.93<br>COMMENT: 5224/SCH*CITI*CHARGE OFF: 7/28/2007*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4437 |
| **SKO BRENNER AMERICAN**<br>841 MERRICK RD<br>BALDWIN, NY 11510 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9417 |
| **SPRINT CORP(*)**<br>PO BOX 3326<br>ENGLEWOOD, CO 80155-3326 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 2,115.30<br>COMMENT: BILL PERIOD 3/24/2016-4/23/2016 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9338 |
| **T & L FERGUSON INC**<br>114 POLK AVENUE<br>BEAVER FALLS, PA 15010 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JDGMNT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8500 |
| **ELLWOOD CITY HOSPITAL**<br>724 PERSHING STREET<br>ELLWOOD CITY, PA 16117 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 001H |
| **ELLWOOD CITY HOSPITAL**<br>724 PERSHING STREET<br>ELLWOOD CITY, PA 16117 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 001H |
| **ELLWOOD CITY HOSPITAL**<br>724 PERSHING STREET<br>ELLWOOD CITY, PA 16117 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 001H |
| **THE FAIRVILLE CO LP**<br>ATTN LOST LOAN DEPT-STE 104<br>4 HILLMAN DR<br>CHADDS FORD, PA 19317 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4383 |
| **VERIZON++**<br>500 TECHNOLOGY DR STE 30<br>WELDON SPRING, MO 63304 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0801 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **DISTRICT COURT**<br>#36 3 02<br>19 CESSNA DR<br><br>BEAVER FALLS, PA  15010 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  8500 |
| **DISTRICT COURT**<br>#05 3 04<br>3455 WILMINGTON RD<br><br>NEW CASTLE, PA  16105 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  6904 |
| **IC SYSTEM INC**<br>444 HIGHWAY 96 E<br>POB 64378<br><br>ST PAUL, MN  55164 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  9159 |
| **NORTHLAND GROUP INC.**<br>PO BOX 390905<br><br>MINNEAPOLIS, MN  55439 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  3572 |
| **LAWRENCE COUNTY TAX CLAIM BUREAU**<br>430 COURT ST<br><br>NEW CASTLE, PA  16101 | Trustee Claim Number:35  INT %:  9.00%<br>Court Claim Number:4<br><br>CLAIM:  286.95<br>COMMENT:  CL4GOVS@9%/CONF OE*10023400*2015*ACCT $/CL-PL | | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  3400 |
| **US BANK NA - TRUSTEE**<br>C/O SPECIALIZED LOAN SVCNG LLC*<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO  80111 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  0.00<br>COMMENT:  $0ARRS/PL*4555.19/CL*LN MOD @ CID 40*DK | | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  6290 |
| **US BANK NA - TRUSTEE**<br>C/O SPECIALIZED LOAN SVCNG LLC*<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO  80111 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  2,481.98<br>COMMENT:  LOSS MIT PMT/OE*BG 06/16*LN MOD @ CID 40*DK | | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  6290 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:13<br><br>CLAIM:  109.88<br>COMMENT:  NT/SCH*CHARGE OFF: 5/19/2014 | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **DSO Receipient** | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  N ID 231496 | | CRED DESC:  SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: |
| **US BANK NA - TRUSTEE**<br>C/O SPECIALIZED LOAN SVCNG LLC*<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO  80111 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:10-2<br><br>CLAIM:  0.00<br>COMMENT:  LN MOD*BGN 10/16*LMT/WRKSHT(54 REM+2)*FR SLS DOC 76~W/D DOC 79*PMT/D | | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  6290 |