# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
PAUL W. LEWIS                                              Case No. 16-21338CMB
SHARON M. HIXSON-LEWIS

        Debtor(s)
RONDA J. WINNECOUR,                                        Chapter 13
Standing Chapter 13 Trustee,

        Movant                                       Document No __
vs.
LAWRENCE COUNTY TAX CLAIM
BUREAU
        Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

LAWRENCE COUNTY TAX CLAIM BUREAU      Court claim# 4/Trustee CID# 35
430 COURT ST
NEW CASTLE, PA 16101

The Movant further certifies that on 04/14/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
PAUL W. LEWIS, SHARON M. HIXSON-LEWIS, 230 STATE AVE, ELLWOOD CITY, PA  16117

DEBTOR'S COUNSEL:
MICHAEL C EISEN ESQ, M EISEN AND ASSOCIATES PC, 404 MCKNIGHT PARK DR, PITTSBURGH, PA  15237

ORIGINAL CREDITOR:
LAWRENCE COUNTY TAX CLAIM BUREAU, 430 COURT ST, NEW CASTLE, PA  16101

NEW CREDITOR: