IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Case No. 16-21338-CMB |
| Paul W. Lewis | : | |
| Sharon M. Hixson-Lewis | : | |
| Debtors | : | Chapter 13 |
| _____ | : | |
| Paul W. Lewis | : | |
| Movant | : | Scheduled Hearing Date: |
| vs | : | August 10, 2021 at 1:30 p.m. |
| Remit Corporation | : | |
| Respondent | : | |
| | : | |

**<u>CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO AVOID JUDGMENT
DOCKET NO. 97</u>**

    The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Motion to Avoid Judgment filed on July 7, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Avoid Judgment appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Avoid Judgment were to be filed and served no later than July 24, 2021.

    It is hereby requested that the Order attached to the Motion to Avoid Judgment be entered by the Court.

Dated: <u>July 27, 2021</u>        By: <u>/s/ Michael C. Eisen</u>
                                          Michael C. Eisen, Esquire
                                          M. EISEN & ASSOCIATES, P.C.
                                          404 McKnight Park Drive
                                          Pittsburgh, PA 15237
                                          412-367-6005
                                          PA ID# 74523
                                          attorneyeisen@yahoo.com