IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Case No. 16-21338-CMB |
| Paul W. Lewis | : |
| Sharon M. Hixson-Lewis | : |
| Debtors | : Chapter 13 |
| _____ | : |
| Paul W. Lewis | : |
| Movant | : Related to:  Document No. 97 |
| vs | : |
| Remit Corporation | : **ENTERED BY DEFAULT** |
| Respondent | : |
| | : |

### ORDER ON MOTION FOR
### AVOIDANCE OF JUDGMENT

NOW, this day ___27th___ day of ___July___ 2021, upon consideration of the Debtor's Motion for Avoidance of Judgment and hearing in open Court, it is

ORDERED that the above captioned Motion is granted. The judgment held by Respondent, Remit Corporation is avoided in its entirety. The personal and real property of the Debtor shall be, and hereby is, released from the judgment and/or security interests of Remit Corporation at docket no. 20306-12.

A copy of this Order shall be filed with the Prothonotary of Lawrence County, Pennsylvania. The Prothonotary shall mark it's records as the judgment being Satisfied, Avoided and Released.

BY THE COURT:

*Carlota M. Böhm*                    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
7/27/21 2:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-21338-CMB |
| Paul W. Lewis | Chapter 13 |
| Sharon M. Hixson-Lewis | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 2
Date Rcvd: Jul 27, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Paul W. Lewis, Sharon M. Hixson-Lewis, 230 State Ave, Ellwood City, PA 16117-2426

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2021 at the address(es) listed below:

**Name**      **Email Address**

Barbara A. Fein
     on behalf of Creditor U.S. Bank National Association  as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE, By and Through its Loan Servicer, Specialized Loan Servicing LLC bfein@sanddlawyers.com, mhanford@sanddlawyers.com

Brian Nicholas
     on behalf of Creditor U.S. Bank National Association  as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE bnicholas@kmllawgroup.com

Celine P. DerKrikorian
     on behalf of Creditor U.S. Bank National Association  as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE ecfmail@mwc-law.com

Joshua I. Goldman
     on behalf of Creditor U.S. Bank National Association  as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| Date Rcvd: Jul 27, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Lisa Cancanon
    on behalf of Creditor U.S. Bank National Association  as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE, By and Through its Loan Servicer, Specialized Loan Servicing LLC lisac@w-legal.com, Llombardi06@law.du.edu

Michael C. Eisen
    on behalf of Debtor Paul W. Lewis attorneyeisen@yahoo.com  aarin96@hotmail.com

Michael C. Eisen
    on behalf of Joint Debtor Sharon M. Hixson-Lewis attorneyeisen@yahoo.com  aarin96@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9