IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 16-21338-CMB |
| Paul W. Lewis | : | |
| Sharon M. Hixson-Lewis | : | |
| Debtors | : | Chapter 13 |
| _____ | : | |
| M. Eisen & Associates, P.C. | : | |
| Movant | : | |
| vs: | : | re 106 |
| | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| Respondents | : | |

### CONSENT ORDER OF COURT

AND NOW, to-wit this ___14th___ day of ____December____, 2021, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Final compensation is approved in the additional amount of $500.00 for work performed in the Chapter 13 Case by the Debtors counsel from April 7, 2016 to July 27, 2021.
2. Debtors paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.
3. While the actual time and expense incurred totals fee of $5,500.00 including the $4000.00 "no look fee", the funds paid by the Trustee total:
   a. $1000.00 for the Debtors participation in the Loss Mitigation Program;
   b. $2500.00 paid as part of the remaining "no look fee".
4. A retainer of $1500.00 was paid by the Debtors prior to the filing and is not included in the calculations shown in part 3.
5. The fee is escrowed as it was provided for in a confirmed plan.
6. Debtors counsel will serve all creditors listed on the mailing matrix.

_Carlota M. Böhm_   **dmk**
Honorable Carlota M. Bohm
United States Bankruptcy Judge

/s/ Ronda J. Winnecour
Ronda J. Winnecour, Trustee
Chapter 13 Standing Trustee

/s/ Michael C. Eisen
Michael C. Eisen, Esq.
Attorney for Debtors

FILED
12/14/21 4:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                  Case No. 16-21338-CMB

Paul W. Lewis                                                                                    Chapter 13

Sharon M. Hixson-Lewis

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 14, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Paul W. Lewis, Sharon M. Hixson-Lewis, 230 State Ave, Ellwood City, PA 16117-2426 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2021                        Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barbara A. Fein | on behalf of Creditor U.S. Bank National Association  as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE, By and Through its Loan Servicer, Specialized Loan Servicing LLC bfein@sanddlawyers.com, mhanford@sanddlawyers.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor U.S. Bank National Association  as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE ecfmail@mwc-law.com |
| Joshua I. Goldman | on behalf of Creditor U.S. Bank National Association  as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |

Lisa Cancanon

on behalf of Creditor U.S. Bank National Association  as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE, By and Through its Loan Servicer, Specialized Loan Servicing LLC lisac@w-legal.com, Llombardi06@law.du.edu

Michael C. Eisen

on behalf of Debtor Paul W. Lewis attorneyeisen@yahoo.com  aarin96@hotmail.com

Michael C. Eisen

on behalf of Joint Debtor Sharon M. Hixson-Lewis attorneyeisen@yahoo.com  aarin96@hotmail.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 9