**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PAUL W. LEWIS<br>SHARON M. HIXSON-LEWIS<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:16-21338<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

| | |
|---|---|
| January 26, 2022 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/07/2016 and confirmed on 6/17/16. The case was subsequently  Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 77,067.14 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 77,067.14 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,000.00 | |
|    Trustee Fee | 3,609.37 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,609.37 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - TRUSTEE<br>Acct: 6290 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK NA - TRUSTEE<br>Acct: 6290 | 2,481.98 | 2,481.98 | 0.00 | 2,481.98 |
| US BANK NA - TRUSTEE<br>Acct: 6290 | 0.00 | 49,754.19 | 0.00 | 49,754.19 |
| US BANK NA - TRUSTEE<br>Acct: 6290 | 0.00 | 0.00 | 0.00 | 0.00 |
| LAWRENCE COUNTY TAX CLAIM BUREAU<br>Acct: 3500 | 268.42 | 268.42 | 129.04 | 397.46 |
| LAWRENCE COUNTY TAX CLAIM BUREAU<br>Acct: 3300 | 340.11 | 340.11 | 163.46 | 503.57 |
| LAWRENCE COUNTY TAX CLAIM BUREAU<br>Acct: 3200 | 192.80 | 192.80 | 128.26 | 321.06 |
| LAWRENCE COUNTY TAX CLAIM BUREAU<br>Acct: 3400 | 184.14 | 184.14 | 122.55 | 306.69 |
| NORTHWEST CONSUMER DISCOUNT CO<br>Acct: 8812 | 0.00 | 0.00 | 0.00 | 0.00 |
| PREFERRED AUTO CREDIT EXCHANGE<br>Acct: 9270 | 9,300.66 | 9,300.66 | 2,010.35 | 11,311.01 |
| | | | | 65,075.96 |
| **Priority** | | | | |
| MICHAEL C EISEN ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PAUL W. LEWIS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| M EISEN AND ASSOCIATES PC<br>Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| M EISEN AND ASSOCIATES PC<br>Acct: | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| BEAVER COUNTY**<br>Acct: 3910 | 0.00 | 0.00 | 0.00 | 0.00 |
| DOMESTIC RELATIONS OBLIGATION<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 639.27 | 639.27 | 0.00 | 639.27 |
| Acct: XXXXXXCORP | | | | |
| | | | | 639.27 |
| **Unsecured** | | | | |
| CITIFINANCIAL INC (NON-RE*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6904 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1708 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9656 | | | | |
| AMERICAN INFOSOURCE LP - AGENT DIR | 353.57 | 158.01 | 0.00 | 158.01 |
| Acct: 5136 | | | | |
| ELLPORT SEWER AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1217 | | | | |
| FLYNNS TIRE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6655 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5338 | | | | |
| NATIONAL RECOVERY CORP*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NORTHWEST BANK* | 3,326.35 | 1,486.51 | 0.00 | 1,486.51 |
| Acct: 4119 | | | | |
| PENN POWER/FIRST ENERGY* | 2,298.34 | 1,027.11 | 0.00 | 1,027.11 |
| Acct: 4534 | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN | 171.18 | 76.50 | 0.00 | 76.50 |
| Acct: 6157 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1572 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7239 | | | | |
| REMIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9587 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4437 | | | | |
| SKO BRENNER AMERICAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9417 | | | | |
| SPRINT CORP(*) | 2,115.30 | 945.31 | 0.00 | 945.31 |
| Acct: 9338 | | | | |
| T & L FERGUSON INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8500 | | | | |
| ELLWOOD CITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 001H | | | | |
| ELLWOOD CITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 001H | | | | |
| ELLWOOD CITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 001H | | | | |
| THE FAIRVILLE CO LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4383 | | | | |
| VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0801 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 109.88 | 49.10 | 0.00 | 49.10 |
| Acct: 0001 | | | | |
| DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8500 | | | | |
| DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6904 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9159 | | | | |
| NORTHLAND GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |

16-21338 | | | | | Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 3572 | | | | |
| | | | | | 3,742.54 |

**TOTAL PAID TO CREDITORS**                                          69,457.77

    TOTAL CLAIMED
    PRIORITY              639.27
    SECURED         12,768.11
    UNSECURED     8,374.62

Date: 01/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　PAUL W. LEWIS<br>　SHARON M. HIXSON-LEWIS<br>　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:16-21338<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                              Case No. 16-21338-CMB

Paul W. Lewis                                                    Chapter 13

Sharon M. Hixson-Lewis

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                             User: auto                                                        Page 1 of 4

Date Rcvd: Jan 27, 2022                               Form ID: pdf900                                       Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul W. Lewis, Sharon M. Hixson-Lewis, 230 State Ave, Ellwood City, PA 16117-2426 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | US BANK NA, 14841 Dallas Pkwy #300, Dallas, TX 75254-7883 |
| 14210056 | + | Beaver County Domestic Relations, 810 3rd Street, Beaver, PA 15009-2139 |
| 14210057 | + | Citifinancial, 3326 Wilmington Road, New Castle, PA 16105-1039 |
| 14210060 | + | District Justice C. Douglas Loughner, Mag. Dist. No. 36-3-02, 19 Cessna Drive, Chippewa Township, Beaver Falls, PA 15010-1065 |
| 14210061 | + | District Justice James A. Reed, Mag. Dist. No .53-3-04, 3455 Wilmington Road, New Castle, PA 16105-3211 |
| 14210063 | + | Ellport Borough Sewer Authority, 313 Burns Ave, Ellwood City, PA 16117-3910 |
| 14210064 | + | Flynn's Tire, PO Box 1050, Hermitage, PA 16148-0050 |
| 14210065 | + | James R. Watson, Esq., 2908 Mercer-West Middlesex Road, West Middlesex, PA 16159-3020 |
| 14225518 | + | Lawrence County Tax Claim Bureau, 430 Court Street, New Castle, PA 16101-3503 |
| 14210067 | + | National Recovery Corporation, PO Box 10164, Pittsburgh, PA 15232-0164 |
| 14210068 | + | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 14225522 | + | Northwest Consumer Discount Company, 1602 Seventh Ave, Beaver Falls, PA 15010-4012 |
| 14210071 | + | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 14239803 | ++ | REMIT CORPORATION, P O BOX 7, BLOOMSBURG PA 17815-0007 address filed with court:, Remit Corporation, 36 W. Main St., Bloomsburg, PA 17815 |
| 14210076 | + | SKO Brenner American, 40 Daniel Street, Farmingdale, NY 11735-1308 |
| 14210077 | + | Specialized Loan Servicing, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14210079 | + | T&L Ferguson Inc., 114 Polk Ave, Beaver Falls, PA 15010-7198 |
| 14210080 | + | The Ellwood City Hospital, c/o Accounts Receivable/Business Office, 724 Pershing Street, Ellwood City, PA 16117-1499 |
| 14210081 | + | The Fairville Company, 8616 Freeport Parkway, Ste 28, Irving, TX 75063-2575 |
| 14238757 | + | U.S. Bank National Association,Trustee(See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2022 23:37:16 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14283984 | Email/Text: G06041@att.com | Jan 27 2022 23:38:00 | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14257594 | Email/PDF: ebn_ais@aisinfo.com | Jan 27 2022 23:37:02 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14210058 | + Email/Text: ccusa@ccuhome.com | | |

Case 16-21338-CMB  Doc 117  Filed 01/29/22  Entered 01/30/22 00:27:52  Desc
Imaged Certificate of Notice  Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 27, 2022 | Form ID: pdf900 | Total Noticed: 44 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 27 2022 23:38:00 | Credit Collections U.S.A., 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 14210059 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 27 2022 23:38:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14210062 | + | Email/Text: bankruptcynotices@dcicollect.com | Jan 27 2022 23:38:00 | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14225516 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 27 2022 23:38:00 | I.C. Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14213536 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2022 23:37:04 | LVNV Funding, LLC its successors and assigns as, assignee of CitiFinancial, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14210066 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 27 2022 23:38:00 | Midland Funding, LLC, 2365 Northside Drive, Ste 300, San Diego, CA 92108-2709 |
| 14239802 | + | Email/Text: csc.bankruptcy@amwater.com | Jan 27 2022 23:39:00 | PA American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 14210072 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2022 23:37:13 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14210070 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 27 2022 23:38:00 | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14286281 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 27 2022 23:38:00 | Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 14210073 | + | Email/Text: bkrpt1019@hotmail.com | Jan 27 2022 23:38:00 | Preferred Auto Credit Exchange, 1019 Lawrence Ave, Ellwood City, PA 16117-1851 |
| 14210075 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2022 23:37:03 | Resurgent Capital Services, PO Box 10465, Greenville, SC 29603-0465 |
| 14225528 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2022 23:37:16 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14210078 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Jan 27 2022 23:36:57 | Sprint, Customer Service, PO Box 8077, London, KY 40742 |
| 14235740 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Jan 27 2022 23:37:10 | Sprint Corp, Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 14210082 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 27 2022 23:38:00 | Verizon, 500 Technology Drive, Ste 300, Weldon Spring, MO 63304-2225 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as Trustee for Te, 8742 Lucent Boulevard, Suite 300, Highland Ranch |
| cr | | U.S. Bank National Association, as Trustee for Ter |
| cr | *+ | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 14225507 | *+ | Beaver County Domestic Relations, 810 3rd Street, Beaver, PA 15009-2139 |
| 14225508 | *+ | Citifinancial, 3326 Wilmington Road, New Castle, PA 16105-1039 |
| 14225509 | *+ | Credit Collections U.S.A., 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 14225510 | *+ | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14225511 | *+ | District Justice C. Douglas Loughner, Mag. Dist. No. 36-3-02, 19 Cessna Drive, Chippewa Township, Beaver Falls, PA 15010-1065 |
| 14225512 | *+ | District Justice James A. Reed, Mag. Dist. No .53-3-04, 3455 Wilmington Road, New Castle, PA 16105-3211 |
| 14225513 | *+ | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14225514 | *+ | Ellport Borough Sewer Authority, 313 Burns Ave, Ellwood City, PA 16117-3910 |
| 14225515 | *+ | Flynn's Tire, PO Box 1050, Hermitage, PA 16148-0050 |
| 14225517 | *+ | James R. Watson, Esq., 2908 Mercer-West Middlesex Road, West Middlesex, PA 16159-3020 |

| | | |
|---|---|---|
| 14225519 | *+ | Midland Funding, LLC, 2365 Northside Drive, Ste 300, San Diego, CA 92108-2709 |
| 14225520 | *+ | National Recovery Corporation, PO Box 10164, Pittsburgh, PA 15232-0164 |
| 14225521 | *+ | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 14225525 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14225523 | *+ | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14225524 | *+ | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 14225526 | *+ | Preferred Auto Credit Exchange, 1019 Lawrence Ave, Ellwood City, PA 16117-1851 |
| 14210074 | *P++ | REMIT CORPORATION, P O BOX 7, BLOOMSBURG PA 17815-0007, address filed with court:, Remit Corporation, c/o Raymond W. Kessler, Esq., 36 West Main Street, Bloomsburg, PA 17815 |
| 14225527 | *P++ | REMIT CORPORATION, P O BOX 7, BLOOMSBURG PA 17815-0007, address filed with court:, Remit Corporation, c/o Raymond W. Kessler, Esq., 36 West Main Street, Bloomsburg, PA 17815 |
| 14225529 | *+ | SKO Brenner American, 40 Daniel Street, Farmingdale, NY 11735-1308 |
| 14225531 | *P++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, Sprint, Customer Service, PO Box 8077, London, KY 40742 |
| 14225530 | *+ | Specialized Loan Servicing, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14225532 | *+ | T&L Ferguson Inc., 114 Polk Ave, Beaver Falls, PA 15010-7198 |
| 14225533 | *+ | The Ellwood City Hospital, c/o Accounts Receivable/Business Office, 724 Pershing Street, Ellwood City, PA 16117-1499 |
| 14225534 | *+ | The Fairville Company, 8616 Freeport Parkway, Ste 28, Irving, TX 75063-2575 |
| 14886556 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14356408 | *+ | U.S. Bank National Association, Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14225535 | *+ | Verizon, 500 Technology Drive, Ste 300, Weldon Spring, MO 63304-2225 |
| 14210069 | ##+ | Northwest Consumer Discount Company, PO Box 881, Beaver Falls, PA 15010-0881 |

TOTAL: 2 Undeliverable, 29 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2022          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barbara A. Fein | on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE, By and Through its Loan Servicer, Specialized Loan Servicing LLC bfein@sanddlawyers.com, mhanford@sanddlawyers.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE ecfmail@mwc-law.com |
| Joshua I. Goldman | on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Lisa Cancanon | on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jan 27, 2022 | Form ID: pdf900 | Total Noticed: 44

    Certificates, Series 2005-14HE, By and Through its Loan Servicer, Specialized Loan Servicing LLC lisac@w-legal.com, Llombardi06@law.du.edu

Michael C. Eisen
    on behalf of Debtor Paul W. Lewis attorneyeisen@yahoo.com aarin96@hotmail.com

Michael C. Eisen
    on behalf of Joint Debtor Sharon M. Hixson-Lewis attorneyeisen@yahoo.com aarin96@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9