**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Paul W. Lewis**
**Sharon M. Hixson−Lewis**
Debtor(s)

Bankruptcy Case No.: 16−21338−CMB

Chapter: 13
Docket No.: 120 − 119

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 27th of July, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/12/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/20/22 at 11:00 AM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/12/22.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                                                                          Case No. 16-21338-CMB

Paul W. Lewis                                                                       Chapter 13

Sharon M. Hixson-Lewis

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                      User: auto                                          Page 1 of 4
Date Rcvd: Jul 27, 2022                           Form ID: 408v                                    Total Noticed: 45

The following symbols are used throughout this certificate:

**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul W. Lewis, Sharon M. Hixson-Lewis, 230 State Ave, Ellwood City, PA 16117-2426 |
| 14210056 | + | Beaver County Domestic Relations, 810 3rd Street, Beaver, PA 15009-2139 |
| 14210057 | + | Citifinancial, 3326 Wilmington Road, New Castle, PA 16105-1039 |
| 14210060 | + | District Justice C. Douglas Loughner, Mag. Dist. No. 36-3-02, 19 Cessna Drive, Chippewa Township, Beaver Falls, PA 15010-1065 |
| 14210061 | + | District Justice James A. Reed, Mag. Dist. No .53-3-04, 3455 Wilmington Road, New Castle, PA 16105-3211 |
| 14210063 | + | Ellport Borough Sewer Authority, 313 Burns Ave, Ellwood City, PA 16117-3910 |
| 14210064 | + | Flynn's Tire, PO Box 1050, Hermitage, PA 16148-0050 |
| 14210065 | + | James R. Watson, Esq., 2908 Mercer-West Middlesex Road, West Middlesex, PA 16159-3020 |
| 14225518 | + | Lawrence County Tax Claim Bureau, 430 Court Street, New Castle, PA 16101-3503 |
| 14210067 | + | National Recovery Corporation, PO Box 10164, Pittsburgh, PA 15232-0164 |
| 14225522 | + | Northwest Consumer Discount Company, 1602 Seventh Ave, Beaver Falls, PA 15010-4012 |
| 14210069 | + | Northwest Consumer Discount Company, PO Box 881, Beaver Falls, PA 15010-0881 |
| 14210071 | + | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 14239803 | ++ | REMIT CORPORATION, P O BOX 7, BLOOMSBURG PA 17815-0007 address filed with court:, Remit Corporation, 36 W. Main St., Bloomsburg, PA 17815 |
| 14210076 | + | SKO Brenner American, 40 Daniel Street, Farmingdale, NY 11735-1308 |
| 14210079 | + | T&L Ferguson Inc., 114 Polk Ave, Beaver Falls, PA 15010-7198 |
| 14210080 | + | The Ellwood City Hospital, c/o Accounts Receivable/Business Office, 724 Pershing Street, Ellwood City, PA 16117-1499 |
| 14210081 | + | The Fairville Company, 8616 Freeport Parkway, Ste 28, Irving, TX 75063-2575 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2022 23:58:15 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Jul 27 2022 23:50:00 | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 27 2022 23:50:00 | U.S. BANK NATIONAL ASSOCIATION, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Jul 27 2022 23:50:00 | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Jul 27 2022 23:50:00 | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Jul 27 2022 23:50:00 | US BANK NA, 14841 Dallas Pkwy #300, Dallas, TX 75254-7883 |
| 14283984 | | Email/Text: G06041@att.com | Jul 27 2022 23:51:00 | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |

Case 16-21338-CMB    Doc 121    Filed 07/29/22    Entered 07/30/22 00:28:23    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 27, 2022 | Form ID: 408v | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14257594 | | Email/PDF: ebn_ais@aisinfo.com | Jul 27 2022 23:58:13 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14210058 | + | Email/Text: ccusa@ccuhome.com | Jul 27 2022 23:50:00 | Credit Collections U.S.A., 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 14210059 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jul 27 2022 23:51:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14210062 | + | Email/Text: bankruptcynotices@dcicollect.com | Jul 27 2022 23:51:00 | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14225516 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 27 2022 23:51:00 | I.C. Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14213536 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2022 23:58:14 | LVNV Funding, LLC its successors and assigns as, assignee of CitiFinancial, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14210066 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2022 23:50:00 | Midland Funding, LLC, 2365 Northside Drive, Ste 300, San Diego, CA 92108-2710 |
| 14210068 | + | Email/Text: ngisupport@radiusgs.com | Jul 27 2022 23:50:00 | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 14239802 | + | Email/Text: csc.bankruptcy@amwater.com | Jul 27 2022 23:51:00 | PA American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 14210072 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2022 23:58:25 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14210070 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 27 2022 23:51:00 | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14286281 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 27 2022 23:51:00 | Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 14210073 | + | Email/Text: bkrpt1019@hotmail.com | Jul 27 2022 23:50:00 | Preferred Auto Credit Exchange, 1019 Lawrence Ave, Ellwood City, PA 16117-1851 |
| 14210075 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2022 23:58:14 | Resurgent Capital Services, PO Box 10465, Greenville, SC 29603-0465 |
| 14225528 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2022 23:58:27 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14210078 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Jul 27 2022 23:57:52 | Sprint, Customer Service, PO Box 8077, London, KY 40742 |
| 14235740 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Jul 27 2022 23:58:05 | Sprint Corp, Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 14210077 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 27 2022 23:50:00 | Specialized Loan Servicing, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14238757 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 27 2022 23:50:00 | U.S. Bank National Association,Trustee(See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14210082 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 27 2022 23:49:00 | Verizon, 500 Technology Drive, Ste 300, Weldon Spring, MO 63304-2225 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as Trustee for Te, 8742 Lucent Boulevard, Suite 300, Highland Ranch |
| cr | | U.S. Bank National Association, as Trustee for Ter |

Case 16-21338-CMB  Doc 121  Filed 07/29/22  Entered 07/30/22 00:28:23  Desc
Imaged Certificate of Notice  Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 27, 2022 | Form ID: 408v | Total Noticed: 45 |

| | | |
|---|---|---|
| cr | *+ | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14225507 | *+ | Beaver County Domestic Relations, 810 3rd Street, Beaver, PA 15009-2139 |
| 14225508 | *+ | Citifinancial, 3326 Wilmington Road, New Castle, PA 16105-1039 |
| 14225509 | *+ | Credit Collections U.S.A., 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 14225510 | *+ | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14225511 | *+ | District Justice C. Douglas Loughner, Mag. Dist. No. 36-3-02, 19 Cessna Drive, Chippewa Township, Beaver Falls, PA 15010-1065 |
| 14225512 | *+ | District Justice James A. Reed, Mag. Dist. No .53-3-04, 3455 Wilmington Road, New Castle, PA 16105-3211 |
| 14225513 | *+ | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14225514 | *+ | Ellport Borough Sewer Authority, 313 Burns Ave, Ellwood City, PA 16117-3910 |
| 14225515 | *+ | Flynn's Tire, PO Box 1050, Hermitage, PA 16148-0050 |
| 14225517 | *+ | James R. Watson, Esq., 2908 Mercer-West Middlesex Road, West Middlesex, PA 16159-3020 |
| 14225519 | *+ | Midland Funding, LLC, 2365 Northside Drive, Ste 300, San Diego, CA 92108-2710 |
| 14225520 | *+ | National Recovery Corporation, PO Box 10164, Pittsburgh, PA 15232-0164 |
| 14225521 | *+ | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 14225525 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14225523 | *+ | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14225524 | *+ | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 14225526 | *+ | Preferred Auto Credit Exchange, 1019 Lawrence Ave, Ellwood City, PA 16117-1851 |
| 14210074 | *P++ | REMIT CORPORATION, P O BOX 7, BLOOMSBURG PA 17815-0007, address filed with court:, Remit Corporation, c/o Raymond W. Kessler, Esq., 36 West Main Street, Bloomsburg, PA 17815 |
| 14225527 | *P++ | REMIT CORPORATION, P O BOX 7, BLOOMSBURG PA 17815-0007, address filed with court:, Remit Corporation, c/o Raymond W. Kessler, Esq., 36 West Main Street, Bloomsburg, PA 17815 |
| 14225529 | *+ | SKO Brenner American, 40 Daniel Street, Farmingdale, NY 11735-1308 |
| 14225531 | *P++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, Sprint, Customer Service, PO Box 8077, London, KY 40742 |
| 14225530 | *+ | Specialized Loan Servicing, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14225532 | *+ | T&L Ferguson Inc., 114 Polk Ave, Beaver Falls, PA 15010-7198 |
| 14225533 | *+ | The Ellwood City Hospital, c/o Accounts Receivable/Business Office, 724 Pershing Street, Ellwood City, PA 16117-1499 |
| 14225534 | *+ | The Fairville Company, 8616 Freeport Parkway, Ste 28, Irving, TX 75063-2575 |
| 14886556 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14356408 | *+ | U.S. Bank National Association, Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14225535 | *+ | Verizon, 500 Technology Drive, Ste 300, Weldon Spring, MO 63304-2225 |

TOTAL: 2 Undeliverable, 30 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2022 at the address(es) listed below:

**Name**            **Email Address**

Barbara A. Fein

on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE, By and Through its Loan Servicer, Specialized Loan Servicing LLC bfein@sanddlawyers.com, mhanford@sanddlawyers.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jul 27, 2022 | Form ID: 408v | Total Noticed: 45 |

Brian Nicholas
 on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE bnicholas@kmllawgroup.com

Celine P. DerKrikorian
 on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE ecfmail@mwc-law.com

Joshua I. Goldman
 on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Lisa Cancanon
 on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE, By and Through its Loan Servicer, Specialized Loan Servicing LLC lisac@w-legal.com, Llombardi06@law.du.edu

Michael C. Eisen
 on behalf of Debtor Paul W. Lewis attorneyeisen@yahoo.com aarin96@hotmail.com

Michael C. Eisen
 on behalf of Joint Debtor Sharon M. Hixson-Lewis attorneyeisen@yahoo.com aarin96@hotmail.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

TOTAL: 9