**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

PAUL W. LEWIS
SHARON M. HIXSON-LEWIS
      Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
      Movant
    vs.
No Respondents.

Case No.:16-21338

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 26, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 04/07/2016  and confirmed on 6/17/16 .  The case was subsequently Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 77,067.14 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 77,067.14 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,000.00 | |
| Trustee Fee | 3,609.39 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,609.39 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| US BANK NA - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6290 | | | | |
| US BANK NA - TRUSTEE | 2,481.98 | 2,481.98 | 0.00 | 2,481.98 |
|   Acct: 6290 | | | | |
| US BANK NA - TRUSTEE | 0.00 | 50,147.29 | 0.00 | 50,147.29 |
|   Acct: 6290 | | | | |
| US BANK NA - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6290 | | | | |
| LAWRENCE COUNTY TAX CLAIM BUREAL | 268.42 | 268.42 | 129.04 | 397.46 |
|   Acct: 3500 | | | | |
| LAWRENCE COUNTY TAX CLAIM BUREAL | 340.11 | 340.11 | 163.46 | 503.57 |
|   Acct: 3300 | | | | |
| LAWRENCE COUNTY TAX CLAIM BUREAL | 192.80 | 192.80 | 128.26 | 321.06 |
|   Acct: 3200 | | | | |
| LAWRENCE COUNTY TAX CLAIM BUREAL | 184.14 | 184.14 | 122.55 | 306.69 |
|   Acct: 3400 | | | | |
| NORTHWEST CONSUMER DISCOUNT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8812 | | | | |
| PREFERRED AUTO CREDIT EXCHANGE | 9,300.66 | 9,300.66 | 2,010.35 | 11,311.01 |
|   Acct: 9270 | | | | |
| | | | | 65,469.06 |
| Priority | | | | |
| MICHAEL C EISEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PAUL W. LEWIS | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| M EISEN AND ASSOCIATES PC | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| M EISEN AND ASSOCIATES PC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BEAVER COUNTY** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3910 | | | | |
| DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 639.27 | 639.27 | 0.00 | 639.27 |
| Acct: XXXXXXCORP | | | | |
| | | | | 639.27 |
| **Unsecured** | | | | |
| CITIFINANCIAL INC (NON-RE*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6904 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1708 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9656 | | | | |
| AMERICAN INFOSOURCE LP - AGENT DIR | 353.57 | 141.41 | 0.00 | 141.41 |
| Acct: 5136 | | | | |
| ELLPORT SEWER AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1217 | | | | |
| FLYNNS TIRE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6655 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5338 | | | | |
| NATIONAL RECOVERY CORP*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NORTHWEST BANK* | 3,326.35 | 1,330.37 | 0.00 | 1,330.37 |
| Acct: 4119 | | | | |
| PENN POWER/FIRST ENERGY* | 2,298.34 | 919.22 | 0.00 | 919.22 |
| Acct: 4534 | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN \ | 171.18 | 68.46 | 0.00 | 68.46 |
| Acct: 6157 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1572 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7239 | | | | |
| REMIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9587 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4437 | | | | |
| SKO BRENNER AMERICAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9417 | | | | |
| SPRINT CORP(*) | 2,115.30 | 846.01 | 0.00 | 846.01 |
| Acct: 9338 | | | | |
| T & L FERGUSON INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8500 | | | | |
| ELLWOOD CITY HOSPITAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 001H | | | | |
| ELLWOOD CITY HOSPITAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 001H | | | | |
| ELLWOOD CITY HOSPITAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 001H | | | | |
| THE FAIRVILLE CO LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4383 | | | | |
| VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0801 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 109.88 | 43.95 | 0.00 | 43.95 |
| Acct: 0001 | | | | |
| DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8500 | | | | |
| DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6904 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9159 | | | | |
| NORTHLAND GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |

16-21338                                                                   Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| Acct: 3572 | | | | | |
| | | | | | 3,349.42 |

TOTAL PAID TO CREDITORS                                                     69,457.75

TOTAL CLAIMED
PRIORITY              639.27
SECURED            12,768.11
UNSECURED           8,374.62

Date: 07/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    PAUL W. LEWIS
    SHARON M. HIXSON-LEWIS
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:16-21338

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-21338-CMB |
| Paul W. Lewis | Chapter 13 |
| Sharon M. Hixson-Lewis | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 27, 2022 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul W. Lewis, Sharon M. Hixson-Lewis, 230 State Ave, Ellwood City, PA 16117-2426 |
| 14210056 | + | Beaver County Domestic Relations, 810 3rd Street, Beaver, PA 15009-2139 |
| 14210057 | + | Citifinancial, 3326 Wilmington Road, New Castle, PA 16105-1039 |
| 14210060 | + | District Justice C. Douglas Loughner, Mag. Dist. No. 36-3-02, 19 Cessna Drive, Chippewa Township, Beaver Falls, PA 15010-1065 |
| 14210061 | + | District Justice James A. Reed, Mag. Dist. No .53-3-04, 3455 Wilmington Road, New Castle, PA 16105-3211 |
| 14210063 | + | Ellport Borough Sewer Authority, 313 Burns Ave, Ellwood City, PA 16117-3910 |
| 14210064 | + | Flynn's Tire, PO Box 1050, Hermitage, PA 16148-0050 |
| 14210065 | + | James R. Watson, Esq., 2908 Mercer-West Middlesex Road, West Middlesex, PA 16159-3020 |
| 14225518 | + | Lawrence County Tax Claim Bureau, 430 Court Street, New Castle, PA 16101-3503 |
| 14210067 | + | National Recovery Corporation, PO Box 10164, Pittsburgh, PA 15232-0164 |
| 14225522 | + | Northwest Consumer Discount Company, 1602 Seventh Ave, Beaver Falls, PA 15010-4012 |
| 14210069 | + | Northwest Consumer Discount Company, PO Box 881, Beaver Falls, PA 15010-0881 |
| 14210071 | + | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 14239803 | ++ | REMIT CORPORATION, P O BOX 7, BLOOMSBURG PA 17815-0007 address filed with court:, Remit Corporation, 36 W. Main St., Bloomsburg, PA 17815 |
| 14210076 | + | SKO Brenner American, 40 Daniel Street, Farmingdale, NY 11735-1308 |
| 14210079 | + | T&L Ferguson Inc., 114 Polk Ave, Beaver Falls, PA 15010-7198 |
| 14210080 | + | The Ellwood City Hospital, c/o Accounts Receivable/Business Office, 724 Pershing Street, Ellwood City, PA 16117-1499 |
| 14210081 | + | The Fairville Company, 8616 Freeport Parkway, Ste 28, Irving, TX 75063-2575 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2022 23:58:27 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Jul 27 2022 23:50:00 | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 27 2022 23:50:00 | U.S. BANK NATIONAL ASSOCIATION, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Jul 27 2022 23:50:00 | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Jul 27 2022 23:50:00 | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Jul 27 2022 23:50:00 | US BANK NA, 14841 Dallas Pkwy #300, Dallas, TX 75254-7883 |
| 14283984 | | Email/Text: G06041@att.com | Jul 27 2022 23:51:00 | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |

| ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14257594 | | Email/PDF: ebn_ais@aisinfo.com | Jul 27 2022 23:58:13 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14210058 | + | Email/Text: ccusa@ccuhome.com | Jul 27 2022 23:50:00 | Credit Collections U.S.A., 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 14210059 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jul 27 2022 23:51:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14210062 | + | Email/Text: bankruptcynotices@dcicollect.com | Jul 27 2022 23:51:00 | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14225516 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 27 2022 23:51:00 | I.C. Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14213536 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2022 23:57:59 | LVNV Funding, LLC its successors and assigns as, assignee of CitiFinancial, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14210066 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2022 23:50:00 | Midland Funding, LLC, 2365 Northside Drive, Ste 300, San Diego, CA 92108-2710 |
| 14210068 | + | Email/Text: ngisupport@radiusgs.com | Jul 27 2022 23:50:00 | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 14239802 | + | Email/Text: csc.bankruptcy@amwater.com | Jul 27 2022 23:51:00 | PA American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 14210072 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2022 23:58:24 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14210070 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 27 2022 23:51:00 | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14286281 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 27 2022 23:51:00 | Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 14210073 | + | Email/Text: bkrpt1019@hotmail.com | Jul 27 2022 23:50:00 | Preferred Auto Credit Exchange, 1019 Lawrence Ave, Ellwood City, PA 16117-1851 |
| 14210075 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2022 23:58:14 | Resurgent Capital Services, PO Box 10465, Greenville, SC 29603-0465 |
| 14225528 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2022 23:57:59 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14210078 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Jul 27 2022 23:58:05 | Sprint, Customer Service, PO Box 8077, London, KY 40742 |
| 14235740 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Jul 27 2022 23:57:52 | Sprint Corp, Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 14210077 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 27 2022 23:50:00 | Specialized Loan Servicing, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14238757 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 27 2022 23:50:00 | U.S. Bank National Association,Trustee(See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14210082 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 27 2022 23:49:00 | Verizon, 500 Technology Drive, Ste 300, Weldon Spring, MO 63304-2225 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as Trustee for Te, 8742 Lucent Boulevard, Suite 300, Highland Ranch |
| cr | | U.S. Bank National Association, as Trustee for Ter |

| cr | *+ | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14225507 | *+ | Beaver County Domestic Relations, 810 3rd Street, Beaver, PA 15009-2139 |
| 14225508 | *+ | Citifinancial, 3326 Wilmington Road, New Castle, PA 16105-1039 |
| 14225509 | *+ | Credit Collections U.S.A., 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 14225510 | *+ | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14225511 | *+ | District Justice C. Douglas Loughner, Mag. Dist. No. 36-3-02, 19 Cessna Drive, Chippewa Township, Beaver Falls, PA 15010-1065 |
| 14225512 | *+ | District Justice James A. Reed, Mag. Dist. No .53-3-04, 3455 Wilmington Road, New Castle, PA 16105-3211 |
| 14225513 | *+ | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14225514 | *+ | Ellport Borough Sewer Authority, 313 Burns Ave, Ellwood City, PA 16117-3910 |
| 14225515 | *+ | Flynn's Tire, PO Box 1050, Hermitage, PA 16148-0050 |
| 14225517 | *+ | James R. Watson, Esq., 2908 Mercer-West Middlesex Road, West Middlesex, PA 16159-3020 |
| 14225519 | *+ | Midland Funding, LLC, 2365 Northside Drive, Ste 300, San Diego, CA 92108-2710 |
| 14225520 | *+ | National Recovery Corporation, PO Box 10164, Pittsburgh, PA 15232-0164 |
| 14225521 | *+ | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 14225525 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14225523 | *+ | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14225524 | *+ | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 14225526 | *+ | Preferred Auto Credit Exchange, 1019 Lawrence Ave, Ellwood City, PA 16117-1851 |
| 14210074 | *P++ | REMIT CORPORATION, P O BOX 7, BLOOMSBURG PA 17815-0007, address filed with court:, Remit Corporation, c/o Raymond W. Kessler, Esq., 36 West Main Street, Bloomsburg, PA 17815 |
| 14225527 | *P++ | REMIT CORPORATION, P O BOX 7, BLOOMSBURG PA 17815-0007, address filed with court:, Remit Corporation, c/o Raymond W. Kessler, Esq., 36 West Main Street, Bloomsburg, PA 17815 |
| 14225529 | *+ | SKO Brenner American, 40 Daniel Street, Farmingdale, NY 11735-1308 |
| 14225531 | *P++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, Sprint, Customer Service, PO Box 8077, London, KY 40742 |
| 14225530 | *+ | Specialized Loan Servicing, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14225532 | *+ | T&L Ferguson Inc., 114 Polk Ave, Beaver Falls, PA 15010-7198 |
| 14225533 | *+ | The Ellwood City Hospital, c/o Accounts Receivable/Business Office, 724 Pershing Street, Ellwood City, PA 16117-1499 |
| 14225534 | *+ | The Fairville Company, 8616 Freeport Parkway, Ste 28, Irving, TX 75063-2575 |
| 14886556 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14356408 | *+ | U.S. Bank National Association, Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14225535 | *+ | Verizon, 500 Technology Drive, Ste 300, Weldon Spring, MO 63304-2225 |

TOTAL: 2 Undeliverable, 30 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2022          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2022 at the address(es) listed below:**

**Name**          **Email Address**

Barbara A. Fein

on behalf of Creditor U.S. Bank National Association  as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE, By and Through its Loan Servicer, Specialized Loan Servicing LLC bfein@sanddlawyers.com, mhanford@sanddlawyers.com

Brian Nicholas
on behalf of Creditor U.S. Bank National Association  as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
Certificates, Series 2005-14HE bnicholas@kmllawgroup.com

Celine P. DerKrikorian
on behalf of Creditor U.S. Bank National Association  as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
Certificates, Series 2005-14HE ecfmail@mwc-law.com

Joshua I. Goldman
on behalf of Creditor U.S. Bank National Association  as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
Certificates, Series 2005-14HE jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Lisa Cancanon
on behalf of Creditor U.S. Bank National Association  as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
Certificates, Series 2005-14HE, By and Through its Loan Servicer, Specialized Loan Servicing LLC lisac@w-legal.com,
Llombardi06@law.du.edu

Michael C. Eisen
on behalf of Debtor Paul W. Lewis attorneyeisen@yahoo.com  aarin96@hotmail.com

Michael C. Eisen
on behalf of Joint Debtor Sharon M. Hixson-Lewis attorneyeisen@yahoo.com  aarin96@hotmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


TOTAL: 9