**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Paul W. Lewis |
| Debtor 2 (Spouse, if filing) | Sharon M. Hixson-Lewis |
| United States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case number | 16-21338-CMB |

# Form 4100R

## Response to Notice of Final Cure Payment    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Statement / Response Date:** 08/16/2022

| | |
|---|---|
| **Name of creditor:** | U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE c/o Specialized Loan Servicing, LLC |
| **Court claim no.** (if known): | 10-2 |
| **Last 4 digits** of any number you use to identify the debtor's account: | 6290 |
| **Property address:** | 230 State Ave (Number Street) |
| | Ellwood City, Pennsylvania 16117 (City State ZIP Code) |

### Part 2: Prepetition Default Payments

*Check One*:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 07/01/2022
MM / DD / YYYY

Please be advised: Creditor agrees the Trustee has paid post-petition payments through 11/01/2021. The Debtor's account is now due for 07/01/2022.

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| Debtor 1 | Paul W. Lewis | | | Case number (if known) | 16-21338-CMB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

a.  Total postpetition ongoing payments due:                                   (a)  $0.00

b.  Total fees, charges, expenses, escrow, and costs outstanding:       + (b)  $0.00

c.  **Total**. Add lines a and b.                                                            (c)  $0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:       MM / DD / YYYY

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Mukta Suri                           Date  08/25/2022
   Signature

Print    Mukta Suri
         First Name    Middle Name    Last Name    Title  Authorized Agent for Specialized Loan Servicing LLC

Company  Bonial & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  P.O. Box 9013
         Number    Street

         Addison, Texas 75001
         City            State            ZIP Code

Contact phone  (972) 643-6600        Email  POCInquiries@BonialPC.com

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before August 25, 2022 via electronic notice unless otherwise stated.

**Debtor**　　　　*Via U.S. Mail*
Paul W. Lewis
230 State Ave
Ellwood City, PA 16117

**Debtor**　　　　*Via U.S. Mail*
Sharon M. Hixson-Lewis
230 State Ave
Ellwood City, PA 16117

**Debtors' Attorney**
Michael C. Eisen
M. Eisen and Associates PC
404 McKnight Park Drive
Pittsburgh, PA  15237

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, Pennsylvania 15219

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　/s/  Mukta Suri