# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
PAUL W. LEWIS
SHARON M. HIXSON-LEWIS
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:16-21338

Chapter 13

Related to: Document No. 119

**ENTERED BY DEFAULT**

### ORDER OF COURT

AND NOW, this __13th__ day of __September__, 20 __22__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
9/13/22 8:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Paul W. Lewis  
Sharon M. Hixson-Lewis  
    Debtors

Case No. 16-21338-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Sep 13, 2022      Form ID: pdf900      Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul W. Lewis, Sharon M. Hixson-Lewis, 230 State Ave, Ellwood City, PA 16117-2426 |
| 14210056 | + | Beaver County Domestic Relations, 810 3rd Street, Beaver, PA 15009-2139 |
| 14210057 | + | Citifinancial, 3326 Wilmington Road, New Castle, PA 16105-1039 |
| 14210060 | + | District Justice C. Douglas Loughner, Mag. Dist. No. 36-3-02, 19 Cessna Drive, Chippewa Township, Beaver Falls, PA 15010-1065 |
| 14210061 | + | District Justice James A. Reed, Mag. Dist. No .53-3-04, 3455 Wilmington Road, New Castle, PA 16105-3211 |
| 14210063 | + | Ellport Borough Sewer Authority, 313 Burns Ave, Ellwood City, PA 16117-3910 |
| 14210064 | + | Flynn's Tire, PO Box 1050, Hermitage, PA 16148-0050 |
| 14210065 | + | James R. Watson, Esq., 2908 Mercer-West Middlesex Road, West Middlesex, PA 16159-3020 |
| 14225518 | + | Lawrence County Tax Claim Bureau, 430 Court Street, New Castle, PA 16101-3503 |
| 14210067 | + | National Recovery Corporation, PO Box 10164, Pittsburgh, PA 15232-0164 |
| 14225522 | + | Northwest Consumer Discount Company, 1602 Seventh Ave, Beaver Falls, PA 15010-4012 |
| 14210069 | + | Northwest Consumer Discount Company, PO Box 881, Beaver Falls, PA 15010-0881 |
| 14210071 | + | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 14239803 | ++ | REMIT CORPORATION, P O BOX 7, BLOOMSBURG PA 17815-0007 address filed with court:, Remit Corporation, 36 W. Main St., Bloomsburg, PA 17815 |
| 14210076 | + | SKO Brenner American, 40 Daniel Street, Farmingdale, NY 11735-1308 |
| 14210079 | + | T&L Ferguson Inc., 114 Polk Ave, Beaver Falls, PA 15010-7198 |
| 14210080 | + | The Ellwood City Hospital, c/o Accounts Receivable/Business Office, 724 Pershing Street, Ellwood City, PA 16117-1499 |
| 14210081 | + | The Fairville Company, 8616 Freeport Parkway, Ste 28, Irving, TX 75063-2575 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2022 00:13:09 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Sep 14 2022 00:10:00 | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 14 2022 00:10:00 | U.S. BANK NATIONAL ASSOCIATION, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Sep 14 2022 00:10:00 | U.S. BANK NATIONAL ASSOCIATION, P.O. Box 9013, Addison, TX 75001-9013 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Sep 14 2022 00:10:00 | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Sep 14 2022 00:10:00 | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Sep 14 2022 00:10:00 | US BANK NA, 14841 Dallas Pkwy #300, Dallas, TX 75254-7883 |

Case 16-21338-CMB  Doc 129  Filed 09/15/22  Entered 09/16/22 00:30:36  Desc
Imaged Certificate of Notice  Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 13, 2022 | Form ID: pdf900 | Total Noticed: 46 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14283984 | | Email/Text: G06041@att.com | Sep 14 2022 00:11:00 | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14257594 | | Email/PDF: ebn_ais@aisinfo.com | Sep 14 2022 00:13:20 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14210058 | + | Email/Text: ccusa@ccuhome.com | Sep 14 2022 00:10:00 | Credit Collections U.S.A., 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 14210059 | + | Email/Text: bdsupport@creditmanagementcompany.com | Sep 14 2022 00:11:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14210062 | + | Email/Text: bankruptcynotices@dcicollect.com | Sep 14 2022 00:11:00 | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14225516 | | Email/Text: Bankruptcy@ICSystem.com | Sep 14 2022 00:10:00 | I.C. Systems Collections, PO Box 64378, Saint Paul, MN 55164 |
| 14213536 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2022 00:12:57 | LVNV Funding, LLC its successors and assigns as, assignee of CitiFinancial, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14210066 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 14 2022 00:11:00 | Midland Funding, LLC, 2365 Northside Drive, Ste 300, San Diego, CA 92108-2710 |
| 14210068 | + | Email/Text: ngisupport@radiusgs.com | Sep 14 2022 00:10:00 | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 14239802 | + | Email/Text: csc.bankruptcy@amwater.com | Sep 14 2022 00:11:00 | PA American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 14210072 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 14 2022 00:12:55 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14210070 | + | Email/Text: bankruptcy@firstenergycorp.com | Sep 14 2022 00:11:00 | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14286281 | + | Email/Text: bankruptcy@firstenergycorp.com | Sep 14 2022 00:11:00 | Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 14210073 | + | Email/Text: bkrpt1019@hotmail.com | Sep 14 2022 00:11:00 | Preferred Auto Credit Exchange, 1019 Lawrence Ave, Ellwood City, PA 16117-1851 |
| 14210075 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2022 00:13:21 | Resurgent Capital Services, PO Box 10465, Greenville, SC 29603-0465 |
| 14225528 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2022 00:12:57 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14210078 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Sep 14 2022 00:13:03 | Sprint, Customer Service, PO Box 8077, London, KY 40742 |
| 14235740 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Sep 14 2022 00:13:03 | Sprint Corp, Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 14210077 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 14 2022 00:10:00 | Specialized Loan Servicing, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14238757 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 14 2022 00:10:00 | U.S. Bank National Association,Trustee(See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14210082 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 14 2022 00:10:00 | Verizon, 500 Technology Drive, Ste 300, Weldon Spring, MO 63304-2225 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0315-2      User: auto      Page 3 of 4
Date Rcvd: Sep 13, 2022      Form ID: pdf900      Total Noticed: 46

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as Trustee for Te, 8742 Lucent Boulevard, Suite 300, Highland Ranch |
| cr | | U.S. Bank National Association, as Trustee for Ter |
| cr | *+ | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14225507 | *+ | Beaver County Domestic Relations, 810 3rd Street, Beaver, PA 15009-2139 |
| 14225508 | *+ | Citifinancial, 3326 Wilmington Road, New Castle, PA 16105-1039 |
| 14225509 | *+ | Credit Collections U.S.A., 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 14225510 | *+ | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14225511 | *+ | District Justice C. Douglas Loughner, Mag. Dist. No. 36-3-02, 19 Cessna Drive, Chippewa Township, Beaver Falls, PA 15010-1065 |
| 14225512 | *+ | District Justice James A. Reed, Mag. Dist. No .53-3-04, 3455 Wilmington Road, New Castle, PA 16105-3211 |
| 14225513 | *+ | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14225514 | *+ | Ellport Borough Sewer Authority, 313 Burns Ave, Ellwood City, PA 16117-3910 |
| 14225515 | *+ | Flynn's Tire, PO Box 1050, Hermitage, PA 16148-0050 |
| 14225517 | *+ | James R. Watson, Esq., 2908 Mercer-West Middlesex Road, West Middlesex, PA 16159-3020 |
| 14225519 | *+ | Midland Funding, LLC, 2365 Northside Drive, Ste 300, San Diego, CA 92108-2710 |
| 14225520 | *+ | National Recovery Corporation, PO Box 10164, Pittsburgh, PA 15232-0164 |
| 14225521 | *+ | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 14225525 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14225523 | *+ | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14225524 | *+ | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 14225526 | *+ | Preferred Auto Credit Exchange, 1019 Lawrence Ave, Ellwood City, PA 16117-1851 |
| 14210074 | *P++ | REMIT CORPORATION, P O BOX 7, BLOOMSBURG PA 17815-0007, address filed with court:, Remit Corporation, c/o Raymond W. Kessler, Esq., 36 West Main Street, Bloomsburg, PA 17815 |
| 14225527 | *P++ | REMIT CORPORATION, P O BOX 7, BLOOMSBURG PA 17815-0007, address filed with court:, Remit Corporation, c/o Raymond W. Kessler, Esq., 36 West Main Street, Bloomsburg, PA 17815 |
| 14225529 | *+ | SKO Brenner American, 40 Daniel Street, Farmingdale, NY 11735-1308 |
| 14225531 | *P++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, Sprint, Customer Service, PO Box 8077, London, KY 40742 |
| 14225530 | *+ | Specialized Loan Servicing, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14225532 | *+ | T&L Ferguson Inc., 114 Polk Ave, Beaver Falls, PA 15010-7198 |
| 14225533 | *+ | The Ellwood City Hospital, c/o Accounts Receivable/Business Office, 724 Pershing Street, Ellwood City, PA 16117-1499 |
| 14225534 | *+ | The Fairville Company, 8616 Freeport Parkway, Ste 28, Irving, TX 75063-2575 |
| 14886556 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14356408 | *+ | U.S. Bank National Association, Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14225535 | *+ | Verizon, 500 Technology Drive, Ste 300, Weldon Spring, MO 63304-2225 |

TOTAL: 2 Undeliverable, 30 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:**

**Name**      **Email Address**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Sep 13, 2022 | Form ID: pdf900 | Total Noticed: 46 |

Barbara A. Fein
    on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE, By and Through its Loan Servicer, Specialized Loan Servicing LLC bfein@sanddlawyers.com, mhanford@sanddlawyers.com

Brian Nicholas
    on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE bnicholas@kmllawgroup.com

Celine P. DerKrikorian
    on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE ecfmail@mwc-law.com

Joshua I. Goldman
    on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Lisa Cancanon
    on behalf of Creditor U.S. Bank National Association as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE, By and Through its Loan Servicer, Specialized Loan Servicing LLC lisac@w-legal.com, Llombardi06@law.du.edu

Michael C. Eisen
    on behalf of Debtor Paul W. Lewis attorneyeisen@yahoo.com aarin96@hotmail.com

Michael C. Eisen
    on behalf of Joint Debtor Sharon M. Hixson-Lewis attorneyeisen@yahoo.com aarin96@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9